# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| MICHELLE R. STEVENS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. CIV-06-923-M |
| | ) | |
| MICHAEL J. ASTRUE,[1] Commissioner of the Social Security Administration, | ) ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

On March 28, 2007, United States Magistrate Judge Doyle W. Argo issued a Report and Recommendation [docket no. 15] in this action brought pursuant to 42 U.S.C. § 405(g) for judicial review of the final decision of Defendant Commissioner of Social Security Administration ("Commissioner") denying Plaintiff's applications for supplemental security income benefits and disability insurance benefits. Magistrate Judge Argo recommends that the Commissioner's decision be reversed and that this matter be remanded for further administrative proceedings. The parties were advised of their right to object to the Report and Recommendation by April 17, 2007. A review of the file reveals that no objection has been filed.

Upon *de novo* review, the Court hereby:

(1) ADOPTS Magistrate Judge Argo's thorough and well-reasoned Report and Recommendation;

(2) REVERSES the decision of the Commissioner;

(3) REMANDS for further administrative proceedings consistent with the Report and

---

[1] As of February 1, 2007, Michael J. Astrue became the Commissioner of the Social Security Administration. Pursuant to Federal Rule of Procedure 25(d)(1) and 42 U.S.C. § 405(g), Michael J. Astrue is substituted for former Commissioner Jo Anne B. Barnhart as the Defendant in this action.

    Recommendation; and

(4)    ORDERS that judgment in favor of Plaintiff issue forthwith in accordance with the provisions of sentence four of 42 U.S.C. § 405(g).

**IT IS SO ORDERED this 30th day of April, 2007.**

VICKI MILES-LaGRANGE
UNITED STATES DISTRICT JUDGE

VICKI MILES-LaGRANGE
UNITED STATES DISTRICT JUDGE