**IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| MICHELLE R. STEVENS,    ) | |
|                                             ) | |
|                    Plaintiff,          ) | |
|                                             ) | |
| v.                                        ) | Case No. CIV-06-923-M |
|                                             ) | |
| MICHAEL J. ASTRUE,[1] Commissioner    ) | |
| of the Social Security Administration,    ) | |
|                                             ) | |
|                    Defendant.       ) | |

## JUDGMENT

By separate order issued this date, the Court found that the decision of Defendant Commissioner of the Social Security Administration ("Commissioner") denying Plaintiff's applications for supplemental security income benefits and disability insurance benefits should be reversed and this matter should be remanded for further administrative proceedings consistent with Magistrate Judge Doyle W. Argo's Report and Recommendation. Accordingly, in accordance with the provisions of sentence four of 42 U.S.C. § 405(g), the Court hereby enters judgment in favor of Plaintiff Michelle R. Stevens and against Defendant Commissioner, reversing the decision of the Commissioner and remanding for further proceedings.

**ENTERED at Oklahoma City, Oklahoma this 30th day of April, 2007.**



VICKI MILES-LaGRANGE
UNITED STATES DISTRICT JUDGE

---

[1] As of February 1, 2007, Michael J. Astrue became the Commissioner of the Social Security Administration. Pursuant to Federal Rule of Procedure 25(d)(1) and 42 U.S.C. § 405(g), Michael J. Astrue is substituted for former Commissioner Jo Anne B. Barnhart as the Defendant in this action.